IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02065-REB-SKC

**CREST EXTERIORS, LLC, a Texas limited liability company**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin corporation**,

    Defendant.

## DEFENDANT'S DESIGNATION OF NONPARTY AT FAULT

Defendant, American Family Mutual Insurance Company, S.I., by and through its attorneys, Sutton | Booker | P.C., hereby submits the following nonparties wholly or partially at fault concerning the June 19, 2018 storm:

1.     John and Karen Peterson
       19687 E Fair Drive
       Aurora, CO 80016

John and Karen Peterson are the owners of the home where the property damage at issue in this case occurred and the named insureds on the policy Plaintiff claims was breached. John and Karen Peterson have obligations under the policy to act in good faith and to cooperate with American Family. This included but was not limited to: promptly notifying American Family of the damage; submitting copies of all estimates received to American Family; timely notifying American Family of any disputes to the scope and/or cost of its estimate and working in good faith with American Family to resolve any disputes; timely performing repairs; submitting receipts for all repairs performed; providing true and accurate information about the nature, extent and cost of repairs; ensuring the truth and accuracy of information submitted to American

Family by others on their behalf; responding to American Family's request for information needed to adjust the claim; and getting approval of any increased costs prior to completing the work.  Based on information and belief, it appears that John and Karen Peterson failed to notify American Family they disputed the nature, extent and cost of repairs, retained a contractor who charged inflated amounts that not reasonable or necessary on a residential roofing job, retained a contractor who refused to perform the work for the amount agreed to by the prior contractor, assigned their claim to a contractor who made misrepresentations about the repair costs and/or demanded inflated amounts not reasonable or necessary for the scope of the job and/or not covered under the policy, and assigned their claim to their contractor without working in good faith with American Family to resolve the dispute.

Respectfully submitted this 16th day of September, 2019.

> */s/   Sandy Eloranto*
> Sandy Eloranto
> Sara N. Randel
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  seloranto@suttonbooker.com
> srandel@suttonbooker.com
> ***Attorneys for Defendant American Family Mutual Insurance Company, S.I.***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of September, 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Designation Of Nonparty At Fault with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathanael Archuleta
Matthew Berman
Furtado Law PC
3773 Cherry Creek North Drive, Ste. 755
Denver, CO  80209

                                          */s/   Sarah E. Anderson*
                                          *A duly signed original is on file at*
                                          *Sutton | Booker | P.C.*